**IN THE UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DYNTANYON ROBINSON,<br><br>Defendant. | Case No.  2:19-CR-00321-GW<br><br>**ORDER OF DETENTION**<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143(a)(1)] |

On September 24, 2021, Defendant Dyntanyon Robinson made his initial appearance on the petition for revocation of supervised release and warrant for arrest issued on August 17, 2021.  Andrew Cowen of the Indigent Defense Panel was appointed to represent Defendant.  Defendant submitted on the detention recommendation in the Pretrial Services Report.

Pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release,

The Court finds that:

A. ☒ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition include failure to participate in, and termination from, residential substance abuse treatment program.

B. ☐ Defendant has not carried his burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

    ☒ allegations in the petition, including violations of the rules and regulations of the substance abuse program.

It is therefore ORDERED that the defendant is remanded to the custody of the U.S. Marshal pending further proceedings in this matter.

Dated: September 24, 2021

                              PATRICIA DONAHUE
                              _____
                              PATRICIA DONAHUE
                              UNITED STATES MAGISTRATE JUDGE